UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROZ GLASSER,<br><br>            Plaintiff,<br><br>   v.<br><br>THE NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>            Defendants. | CASE NO. C06-0561BHS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

     This matter comes before the Court on Plaintiff's Motion For Reconsideration (Dkt. 64). The Court has considered the pleadings filed in support of the motion and the remainder of the file herein and hereby denies Plaintiff's motion for the following reasons.

     Pursuant to Local Rule CR 7(h)(1),

> Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to it's attention earlier with reasonable diligence.

Plaintiff has not provided any new information and has not claimed that there is any manifest error in the Court's previous ruling (Dkt. 63).  Plaintiff simply provides the same argument presented in her initial motion, claiming that the administrative record should be supplemented with material not shown to be relied on by Defendant National Marine Fisheries Services in making its administrative decision, by virtue of a reference showing that some SEPA analyses conducted in 2002 and 2003 were not included in the administrative record. Dkt. 64 at 3.  It is

ORDER

not clear that Plaintiff was seeking to include the 2002 and 2003 SEPA analyses as part of the administrative record, but the record has been supplemented with this information. Dkt. 68.  The Court's analysis with regard to the information sought to be included by Plaintiff as part of the administrative record has not changed and Plaintiff has not shown any new evidence or manifest error that would justify reconsideration.

Therefore, it is hereby **ORDERED** that Plaintiff's Motion For Reconsideration (Dkt. 64) is **DENIED.**

DATED this 22nd day of February, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER